IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiffs,<br><br>vs.<br><br>ERNESTO ARROYO,<br><br>                 Defendant. | 8:14CR357<br><br>**ORDER** |

This matter is before the court on defendant's MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS [70]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 25-day extension. Pretrial Motions shall be filed by December 12, 2014.

      IT IS ORDERED:

      1.     Defendant's MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS [70] is granted. Pretrial motions shall be filed on or before December 12, 2014.

      2.     The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 17, 2014 and December 12, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

      Dated this 17th day of November, 2014

                                                         BY THE COURT:

                                                          s/ F.A. Gossett, III
                                                          United States Magistrate Judge